# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1280**

**TP 12-00999**

PRESENT: SCUDDER, P.J., CENTRA, VALENTINO, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF ZEBADIAH HART, PETITIONER,

                    V                                                ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT.

---

ZEBADIAH HART, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FRANK K. WALSH OF
COUNSEL), FOR RESPONDENT.

---

    Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Erie County [Christopher J.
Burns, J.], entered May 29, 2012) to review a determination of
respondent.  The determination found after a Tier III hearing that
petitioner had violated various inmate rules.

    It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered:  December 21, 2012                     Frances E. Cafarell
                                                Clerk of the Court